The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIGAIL RATCHFORD, CORA SKINNER, MASHA LUND a/k/a MALU LUND, JOANNA KRUPA, SANDRA VALENCIA, LUCY PINDER, IRINA VORONINA, RHIAN SUGDEN, ROSIE ROFF, RACHEL MORTENSON, SARA UNDERWOOD, JACLYN SWEDBERG, MEGAN VOGT a/k/a MEGAN DANIELS, and ALANA MARIE SOUZA a/k/a ALANA CAMPOS,<br><br>        Plaintiffs,<br><br>  vs.<br><br>728, LLC d/b/a KITTENS CABARET; K-CAB, LLC d/b/a KITTENS CABARET; and RAINEE COLACURCIO,<br><br>        Defendants. | NO. 2:22-CV-00639-TL<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIAL DISMISSAL OF DEFENDANT 728, LLC PURSUANT TO FRCP 41(a)(1)(A)(ii) |

# ORDER

This matter having come regularly before the Court, based upon the stipulation for partial dismissal pursuant to FRCP 41(a)(1)(A)(ii), and the Court being fully advised, now therefore,

IT IS HEREBY ORDERED that all claims brought or that could have been brought by ONLY Plaintiffs Abigail Ratchford, Masha Lund a/k/a Malu Lund, Joanna Krupa, Sandra Valencia, Lucy Pinder, and Irina Voronina ("Plaintiffs") against Defendant 728, LLC d/b/a Kitten's Cabaret ("Defendant 728") ONLY, in the above-captioned case shall be DISMISSED with prejudice and without costs or attorneys' fees to any party. Plaintiffs' claims against the remaining defendants shall remain. Specifically, Plaintiffs Ratchford, Krupa and Valencia have ongoing claims against the remaining defendants.

DATED this 30th day of August 2022.

_____
Tana Lin
United States District Judge